**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **JAMES MATTHEW ROBINSON,** | **CASE NO. 5:25-CV-148-KKC** |
|     **Plaintiff,** | |
| **v.** | **OPINION and ORDER** |
| **WARDEN ABIGAIL CAUDILL,** | |
|     **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on petitioner James Matthew Robinson's petition for a writ of habeas corpus (R. 1) under 28 U.S.C. § 2254 and a series of other motions filed with respect to the habeas petition. (*See* Rs. 3, 4, 7, 8, 15, 16, 17, 20, 22, 23.) The Magistrate Judge issued a recommendation that the habeas petition be denied and the other motions be denied as moot. (R. 25).

After a jury trial, Robinson was convicted in Kentucky state court of five counts of use of a minor in a sexual performance, seven counts of first-degree sexual abuse, and one count of first-degree sodomy. (*Id.* at 1.)  The state court sentenced him to concurrent sentences of life imprisonment for sodomy, twenty years' imprisonment for each count of use of a minor in a sexual performance, ten years' imprisonment for five counts of first-degree sexual abuse, and five years' imprisonment for two counts of first-degree sexual abuse. (*Id.* at 2.)

The magistrate judge has entered a recommendation that Robinson's petition for habeas relief in this Court be denied. The deadline to submit an objection has passed. Robinson did not file any objections. Further, the Court has reviewed the recommendation and agrees with its analysis and conclusions.

Accordingly, the Court hereby ORDERS as follows:

1) the Report and Recommendation (R. 25) is ADOPTED as the Court's opinion;

2) Robinson's petition for habeas relief under 28 U.S.C. § 2254 (R. 1) is DENIED;

3) Robinson's motions (R. 3, 4, 7, 8, 15, 16, 17, 20, 22, 23) are DENIED AS MOOT;

4) a certificate of appealability will not be issued, Robinson having failed to make "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); and

5) a judgment consistent with this order and the Report and Recommendation will be entered.

This 16th day of March, 2026.

Signed By:

**Karen K. Caldwell**

**United States District Judge**